■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSE L. MORALES, Appellant. [855 NYS2d 410]—Appeal by the defendant, as limited by his motion, from a sentence of the County Court, Suffolk County (J. Doyle, J.), imposed May 22, 2007, on the ground that the sentence was excessive.

Ordered that the sentence is affirmed. No opinion. Skelos, J.P., Florio, Carni and Leventhal, JJ., concur.